# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND ALFRED BERRY, | NO. SA CV 10-0127 PA (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANCISCO JACQUEZ, Acting Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 4, 2010.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE